**Motion Granted; Order filed August 30, 2012.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00506-CV
NO. 14-12-00524-CV
_____

**HOUSTON MEDICAL TESTING SERVICES, INC., Appellant**

**V.**

**RAND MINTZER, Appellee**

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 943798**

## ORDER

On May 25, 2012, Houston Medical Testing Services filed a notice of appeal from the judgment signed March 1, 2012, and the appeal was assigned to this court under our appellate number 14-12-00506-CV. On June 1, 2012, Rand Mintzer filed a notice of cross-appeal from the same judgment, which was assigned to this court under our appellate number 14-12-00524-CV. On August 22, 2012, appellee filed an agreed motion to consolidate the related appeals. The motion is **GRANTED** and we issue the following order:

We order the appeals pending under our appellate case numbers 14-12-00506-CV and 14-12-00524-CV **CONSOLIDATED.** The existing filing deadlines in case number 14-12-00506-CV will apply to both cases. From this date forward, all filings shall be filed in cause number 14-12-00506-CV. Appellant's brief filed August 28, 2012 will be filed in both cause numbers.

PER CURIAM